# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES BORRELLI, et al., | |
| Plaintiffs | CIVIL ACTION NO. 3:13-CV-00735 |
| v. | (MANNION, D.J.) |
| REILLY TOWNSHIP, et al., | (MEHALCHICK, M.J.) |
| Defendants | |

## ORDER

**AND NOW,** this 12th day of December, 2013, upon consideration of Plaintiffs' Motion for Reconsideration (Doc. 11), **IT IS HEREBY ORDERED THAT** the Plaintiffs' Motion is **DENIED**.

BY THE COURT:

*s/ Karoline Mehalchick*
KAROLINE MEHALCHICK
United States Magistrate Judge