UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES BORRELLI, *et al.*, | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:13-0735 |
| v. | : | (MANNION, D.J.) |
| | | (MEHALCHICK, M.J.) |
| REILLY TOWNSHIP, *et al.*, | : | |
| Defendants | : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the report of Judge Mehalchick, **(Doc. 9)**, is **ADOPTED IN ITS ENTIRETY**;

(2) the plaintiffs' complaint, **(Doc. 1)**, is **DISMISSED WITHOUT PREJUDICE**;

(3) the Clerk of Court is directed to **CLOSE** the instant action.

MALACHY E. MANNION
United States District Judge

**DATED: July 24, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-0735-01.wpd